United States District Court
Southern District of Texas
**ENTERED**
June 22, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SAM GRIFFIN, | § | |
| *Petitioner*, | § | |
| v. | § | CIVIL ACTION NO. H-19-4233 |
| LORIE DAVIS, | § | |
| *Respondent*. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this lawsuit is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

Signed at Houston, Texas, on June 22, 2020.

_____
Gray H. Miller
Senior United States District Judge